IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH L. STRICKLAND,
Inmate No. 49054-018,
    Plaintiff,

vs.                                                   Case No.: 3:17cv146/LAC/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 19, 2017 (ECF No. 24). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

3.  All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 29th day of June, 2017.

                                 s/*L.A. Collier*
                                 **LACEY A. COLLIER**
                                 **SENIOR UNITED STATES DISTRICT JUDGE**